# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

**WAYLON SAWITSKI,**

    **Plaintiff,**

v.                                                                               **Civil Action No.: 1:21-CV-13**
                                                                              **Judge: Thomas Kleeh**

**NOAH MCDONALD, an underinsured motorist, and NATIONWIDE MUTUAL INSURANCE COMPANY,**

    **Defendants.**

## AGREED FINAL DISMISSAL ORDER

Plaintiff Waylon Sawitski, by counsel, and Defendant Nationwide Mutual Insurance Company ("Nationwide"), by counsel, hereby advise the Court that all matters between them have been resolved. As stated in the Joint Notice of Settlement [Doc 8], Plaintiff does not intend to pursue claims against Defendant Noah McDonald. Accordingly, the Court **ORDERS** that all claims asserted in this action are **DISMISSED, WITH PREJUDICE,** with each party bearing their own costs and expenses.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

Date: May 21, 2021                                    /s/ Tom S Kleeh
                                                                  JUDGE Thomas Kleeh

| Prepared by: | Approved for entry: |
|---|---|
| /s/Ashley Hardesty Odell | /s/Jo Marie Pitrolo by AHO w/ permission |
| Ashley Hardesty Odell [WVSB # 9380] | Jo Marie Pitrolo [WVSB # 2916] |
| Kaitlyn N. McKitrick [WVSB # 12782] | Higinbotham & Higinbotham, PLLC |
| Bowles Rice LLP | 320 Adams Street, Suite 201 |
| 125 Granville Square, Suite 400 | P.O. Box 567 |
| Morgantown, WV  26501 | Fairmont, West Virginia 26554 |
| (304) 285-2500 | (304) 366-2900 |
| (304) 285-2527 - Facsimile | (304) 366-2909 - Facsimile |
| ahardestyodell@bowlesrice.com | Jmp3032@yahoo.com |
| kmckitrick@bowlesride.com | *Counsel for Plaintiff* |
| *Counsel for Nationwide Mutual Insurance Company* | |